Submitted on record and briefs September 18, reversed and remanded for new trial October 28, 1992

## STATE OF OREGON,
*Respondent,*

*v.*

## PEDRO SANCHEZ, JR.,
*Appellant.*

(CR 90-127B; CA A70560)

838 P2d 646

Sally L. Avera, Public Defender, and Jesse Wm. Barton, Deputy Public Defender, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Robert M. Atkinson, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Joseph, Chief Judge, and Rossman, Judge.

PER CURIAM

**PER CURIAM**

Defendant argues that the trial court erred in admitting testimony about his having refused to provide a handwriting exemplar. He relies on *State v. Green*, 68 Or App 518, 684 P2d 575, *rev den* 297 Or 601 (1984). The state concedes that the trial court erred and that the error was not harmless.

Reversed and remanded for a new trial.